ESPADA CRIMINAL DEFENSE
Attorneys for Plaintiff
J. TALITHA HAZELTON
WSBA No. 52460
1001 4th Ave., Ste. 3200
Seattle, WA 98154
(206) 467-5987

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF WASHINGTON**

| | |
|---|---|
| JOSE ALFREDO RIVERA-RUIZ, on behalf of himself and a class of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>DOUGLAS COUNTY; GORDON EDGAR, Prosecuting Attorney for Douglas County, in his official and individual capacities; U.S. DEPARTMENT OF HOMELAND SECURITY; KEVIN MCALEENAN, in his official capacity as Acting Secretary of the Department of Homeland Security, and the UNITED STATES OF AMERICA,<br><br>Defendants. | NO. _____<br><br>**DECLARATION OF CHRISTIAN CERVANTES** |

I, Christian Cervantes, declare under penalty of perjury:

1. I am a paralegal at ESPADA CRIMINAL DEFENSE, P.S, the law firm representing Mr. Rivera-Ruiz in the case of the *State of Washington v. Jose Rivera*, Douglas County Superior Court case number 19-1-00014-09, and the above-captioned case.

DECLARATION OF CHRISTIAN
CERVANTES - 1

2. On May 6, 2019 I called the Douglas County Superior Court clerk's office to ask about the procedures practiced in the superior court of said county.

3. I introduced myself and asked about who I could talk to about procedures practiced in Douglas County Superior Court.

4. I spoke with a gentleman who identified himself as Brycen.

5. Brycen stated that defense counsel is not provided to defendants at preliminary hearings – present at the preliminary hearing is the prosecutor, the defendant, jail as well and court staff.

6. A public defender is provided for defendants in advance of and for their scheduled arraignment date.

7. I proceeded to ask Brycen whether this is a new procedure and he stated that this has been the procedure since he has been working at the clerk's office for approximately the past 12 years.

8. My subsequent review of the Douglas County website revealed Brycen Greenwood is listed as Chief Deputy Clerk.

DECLARATION OF CHRISTIAN
CERVANTES - 2

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE STATE OF WASHINGTON THAT THE ABOVE IS TRUE AND CORRECT.

RESPECTFULLY SUBMITTED this this 14TH day of MAY 2019.

_____
CHRISTIAN CERVANTES
Paralegal

ESPADA CRIMINAL DEFENSE
1001 Fourth Ave., Ste. 3200
Seattle, WA 98154

DECLARATION OF CHRISTIAN
CERVANTES - 3