FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 28, 2019

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JOSE ALFREDO RIVERA-RUIZ, on behalf of himself and a class of all others similarly situated,<br><br>                Plaintiff,<br><br>    v.<br><br>DOUGLAS COUNTY; GORDON EDGAR, Prosecuting Attorney for Douglas County, in his official and individual capacities; U.S. DEPARTMENT OF HOMELAND SECURITY; KEVIN McALEENAN, in his official capacity as Secretary of the Department of Homeland Security; and the UNITED STATES OF AMERICA,<br><br>                Defendants. | No. 2:19-cv-00170-SMJ<br><br>**ORDER DENYING PLAINTIFF'S MOTION FOR TEMPORARY RESTRAINING ORDERS WITH LEAVE TO RENEW** |

      Before the Court is Plaintiff Jose Alfredo Rivera-Ruiz's Motion for Temporary Restraining Orders, ECF No. 5. Rivera-Ruiz seeks three temporary restraining orders enjoining Defendants Douglas County, Washington; Prosecuting Attorney Gordon Edgar; and the U.S. Department of Homeland Security and the United States of America. *Id.*

      Having reviewed the pleadings and the file in this matter, the Court is fully

ORDER DENYING PLAINTIFF'S MOTION FOR TEMPORARY
RESTRAINING ORDERS WITH LEAVE TO RENEW **-** 1

informed and denies the motion, with leave to renew it, as Rivera-Ruiz's attorneys have failed to provide the required certification regarding notice to Defendants. Because oral argument is unnecessary to make this determination, the Court decides the motion without oral argument. *See* LCivR 7(i)(3)(B)(iii).

While the Court may issue a TRO without notice to an adverse party, it may do so "only if . . . the movant's attorney certifies in writing any efforts made to give notice and the reasons why it should not be required." Fed. R. Civ. P. 65(b)(1)(B).

Here, Rivera-Ruiz's attorneys failed to provide such a certification. *See id.* Moreover, Defendants could not have received notice by other means. Rivera-Ruiz's attorneys filed the complaint and twelve exhibits on May 16, 2019. ECF No. 1. The Clerk's Office issued a summons on May 17, 2019. ECF No. 3. To date, Rivera-Ruiz's attorneys have not filed proof that Defendants either received or waived service of the complaint and summons, nor have counsel for Defendants appeared. Rivera-Ruiz's attorneys filed the present motion on May 22, 2019. ECF No. 5. The motion does not contain a certificate indicating that it was served on Defendants. *See id.*

Because Defendants have not been provided with notice of the motion and Rivera-Ruiz's attorneys failed to certify any efforts made to give notice, the Court may not issue any temporary restraining orders at this time.

//

ORDER DENYING PLAINTIFF'S MOTION FOR TEMPORARY
RESTRAINING ORDERS WITH LEAVE TO RENEW **-** 2

Accordingly, **IT IS HEREBY ORDERED**:

1. Plaintiff's Motion for Temporary Restraining Orders, **ECF No. 5**, is **DENIED** with leave to renew.

2. The motion hearing scheduled for **May 30, 2019** at **10:15 AM** in **Richland**, Washington is **STRICKEN**.

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide copies to all counsel.

**DATED** this 28th day of May 2019.

_____
SALVADOR MENDOZA, JR.
United States District Judge