UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JOSE ALFREDO RIVERA-RUIZ, on behalf on himself and a class of others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>DOUGLAS COUNTY, and GORDON EDGAR, Prosecuting Attorney for Douglas County, in his official and individual capacities,<br><br>Defendants. | No. 2:19-cv-00170-SMJ<br><br>**ORDER DISMISSING CASE** |

On March 24, 2020, Plaintiff Jose Alfredo Rivera-Ruiz filed a notice of voluntary dismissal, ECF No. 22. Consistent with Plaintiff's notice and Federal Rule of Civil Procedure 41(a), **IT IS HEREBY ORDERED**:

1. Plaintiff's Notice of Voluntary Dismissal, **ECF No. 22**, is **ACKNOWLEDGED**.

2. All claims are **DISMISSED WITHOUT PREJUDICE**, with all parties to bear their own costs and attorney fees.

3. All pending motions are **DENIED AS MOOT**.

4. All hearings and other deadlines are **STRICKEN**.

ORDER DISMISSING CASE – 1

5. The Clerk's Office is directed to **CLOSE** this file.

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide copies to all counsel.

**DATED** this 25th day of March 2020.

_____
SALVADOR MENDOZA, JR.
United States District Judge

ORDER DISMISSING CASE – 2